AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Denise Small

V.

Massachusetts Institute of Technology

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 12210 NG

TO: (Name and address of Defendant)

Massachusetts Institute of Technology
77 Massachusetts Avenue
Cambridge, MA  02139

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen S. Churchill
Hale & Dorr Legal Services Center
of Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  10/21/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/9/04 |
| NAME OF SERVER (PRINT) Audrey Lee | TITLE Student Advocate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): The parties agreed service would be accepted by mail. Please see attached letter.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/8/04__   _____
          *Date*              *Signature of Server*

122 Boylston St., Jamaica Plain, MA   02130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.