UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENISE SMALL,
      Plaintiff,

v.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
      Defendant.

Docket No. 04-12210-NG

## NOTICE OF APPEARANCE

Please enter the appearances of Jeffrey Swope and Sean Becker of Palmer & Dodge LLP on behalf of Defendant Massachusetts Institute of Technology in the above-referenced matter.

Respectfully submitted,

_____
Jeffrey Swope (BBO #490760)
Sean M. Becker (BBO #641763)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

December 3, 2004

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on December 3, 2003.

_____