# PALMER & DODGE LLP

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

SEAN M. BECKER
617.239.0817
sbecker@palmerdodge.com

November 9, 2004

Audrey J. Lee, Student Advocate
Stephen Churchill, Esq.
Hale and Dorr Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130

Re:   *Denise Small v. Massachusetts Institute of Technology*, United States District Court, District of Massachusetts, Civil Action No. 04-12210-NG

Dear Audrey and Stephen:

I am writing in response to your letter dated November 4, 2004 and in order to accept service, on behalf of Massachusetts Institute of Technology ("MIT"), of the Summons and Complaint attached to that letter. Service will be effective as of the date of this letter.

MIT is not waiving any defenses by accepting service, as it is merely accommodating your wish to avoid the time and expense of a process server.

If you have any questions, please do not hesitate to call.

Sincerely,

*[signature]*

Sean M. Becker


cc:   Jeffrey Swope, Esq.