UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

DENISE SMALL,
    Plaintiff

v.

MASSACHUSETTS INSTITUTE
OF TECHNOLOGY,
    Defendant

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiff Denise Small in the above-referenced action. Please note that Stephen S. Churchill continues to appear on behalf of Ms. Small.

_Sadaf R. Abdullah_
Student Advocate
Hale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 390-2500

Dated: March 17, 2005

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document on all parties by hand/mail on Sean M. Becker