UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

## JOINT STATEMENT

Pursuant to the Court's February 23, 2005 Notice of Scheduling Conference, plaintiff Denise Small and defendant Massachusetts Institute of Technology ("MIT") submit the following joint statement.

**A.  Agenda for Conference**

    1.  Discovery schedule;
    2.  Motion schedule;
    3.  Expert disclosures;
    4.  Confidentiality order.

**B.  Discovery Schedule**

The parties agree to conform to the discovery limitations set forth in Fed. R. Civ. P. 26(b). The parties also agree that pre-determination discovery completed at the Massachusetts Commission Against Discrimination will be admissible in pretrial pleadings, will not count towards the discovery limitations, and will not restrict either party's right to conduct discovery. The parties have stipulated that the initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be made within 14 days of the initial scheduling conference.

The parties propose that all discovery be completed by November 30, 2005. The parties further propose that discovery be stayed during July and August 2005, based on the anticipated parental leave of Ms. Small's counsel.

**C.     Motion Schedule**

The parties propose that MIT file its summary judgment motion on or before January 15, 2006 and that Ms. Small file her opposition on or before February 15, 2006.

**D.     Expert Disclosures**

The parties propose that any expert disclosure by Ms. Small be made within 60 days of the Court's ruling on MIT's summary judgment motion and that MIT's expert disclosure be made within 60 days after Ms. Small's disclosure.

**E.     Confidentiality Order**

The parties expect to present a proposed Confidentiality Order to the Court for approval.

**F.     Magistrate**

The parties do not consent to trial by a magistrate judge.

**G.     Certifications**

The required certifications are attached or will be filed separately.

| | |
|---|---|
| DENISE SMALL<br>By her attorneys, | MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY<br>By its attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Sean M. Becker<br>Jeffrey Swope (BBO# 490760)<br>Sean M. Becker (BBO# 641763)<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>(617) 239-0100 |

Dated: March 17, 2005