UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL,                  )   | |
|       Plaintiff                )   | |
|                                )   | |
| v.                             )   | |
|                                )   | |
| MASSACHUSETTS INSTITUTE         )   | |
| OF TECHNOLOGY,                  )   | |
|       Defendant                )   | |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

1. Plaintiff Denise Small and her counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Ms. Small and her counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4


/s/ Denise Small/s/ Stephen S. Churchill
Denise SmallStephen S. Churchill (BBO# 564158)
PlaintiffHale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2500

Dated: March 17, 2005