UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>　　　　　　　　Defendant. | Docket No. 04-12210-NG |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

　　　　Massachusetts Institute of Technology and its attorneys at Palmer & Dodge LLP certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative resolution programs.

MASSACHUSETTS INSTITUTE OF　　　　PALMER & DODGE LLP
　　　TECHNOLOGY

/s/ Mark C. DiVincenzo_____　　　/s/ Sean M. Becker_____
By: Mark C. DiVincenzo, Esq.　　　　　　　Jeffrey Swope (BBO #490760)
　　Litigation and Risk Management Counsel　Sean M. Becker (BBO #641763)
　　　　　　　　　　　　　　　　　　　　　PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02199
　　　　　　　　　　　　　　　　　　　　　(617) 239-0100