UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>       Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>       Defendant. | Docket No. 04-12210-NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Sean M. Becker of Palmer & Dodge LLP respectfully withdraws his appearance on behalf of Defendant Massachusetts Institute of Technology ("MIT"). Jeffrey Swope of Palmer & Dodge LLP will continue to represent MIT.

Respectfully submitted,

/s/ Sean M. Becker_____
Sean M. Becker (BBO #641763)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

August 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on August 15, 2005.

_____

217021.1