UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br>        Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>        Defendant. | Docket No. 04-12210-NG |

## NOTICE OF APPEARANCE

Please take notice that Robert G. Young of Palmer & Dodge, LLP will appear as an attorney of record in this matter on behalf of the Defendant. Attorney Jeffrey Swope of Palmer & Dodge, LLP will continue to represent the Defendant as well.

Respectfully submitted,

/s/ Robert G. Young_____
Robert G. Young (BBO #650541)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

August 23, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on August 23, 2005.

_____