UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br>                    Plaintiff,<br><br>     v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>                    Defendant. | Docket No.  04-12210-NG |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Denise Small and Defendant Massachusetts Institute of Technology ("MIT") respectfully submit this Joint Motion to Extend Discovery in the above-captioned matter.  The Parties request that the current fact discovery deadline be extended from November 30, 2005 to January 31, 2006, and that the Motion Schedule contained in the Parties' Joint Statement [Docket Entry #10] also be extended by 60 days.  In support of this joint motion, the Parties state as follows:

(1)     Under the current Discovery Schedule contained in the Parties' Joint Statement [Docket Entry #10] entered by the Court, fact discovery in this matter is scheduled to close by November 30, 2005;

(2)     Although the Parties have been engaged in discovery over the past several months, due to parental leaves of absence taken by both Plaintiff's and Defendant's counsel during the discovery period, the Parties will be unable to complete necessary fact discovery within the time currently scheduled;

(3)     Accordingly, the Parties respectfully request that the fact discovery deadline in this matter be extended from November 30, 2005 to January 31, 2006, and that the Motion Schedule similarly be extended by 60 days, as set forth in the accompanying proposed order.

|  |  |
|---|---|
| DENISE SMALL<br>By her attorney, | Respectfully submitted,<br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>By its attorneys |
| /s/Stephen S. Churchill<br>Stephen S. Churchill (BBO #564158)<br>Hale & Dorr Legal Services of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2500 | /s/ Robert G. Young<br>Jeffrey Swope (BBO #490760)<br>Robert G Young (BBO #650541)<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

September 22, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on September 22, 2005.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>    Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Docket No. 04-12210-NG |

## [PROPOSED] ORDER

Based on the Parties' Joint Motion to Extend Discovery, and no further hearing deemed necessary, the Discovery Schedule and the Motion Schedule contained in the Parties' Joint Statement [Docket Entry #10] is hereby modified as follows:

1.    All fact discovery shall be completed by January 31, 2006.

2.    MIT shall file its summary judgment motion on or before March 15, 2006 and Ms. Small shall file her opposition on or before April 17, 2006.

_____
The Honorable Nancy Gertner