UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| Denise Small, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Massachusetts Institute of | ) |
| Technology, | ) |
|     Defendant | ) |

**WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance on behalf of plaintiff Denise Small in the above-referenced action. Please note that Stephen S. Churchill continues to appear on behalf of Ms. Small.

/s/ Sadaf Abdullah (by Stephen S. Churchill)
Sadaf Abdullah
Student Advocate
Hale & Dorr Legal Services Center of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA  02130
(617) 390-2500

Dated: January 3, 2006