UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

### PLAINTIFF'S MOTION TO IMPOUND

Pursuant to Local Rule 7.2, plaintiff Denise Small moves that the Court impound Plaintiff's Memorandum in Support of Motion to Compel. In support of this motion, Ms. Small states as follows.

1. On March 29, 2005, the Court issued a confidentiality order ("Order") in this action.

2. Ms. Small is filing two documents: (a) Plaintiff's Motion to Compel, which is being electronically filed today, and (b) Memorandum In Support of Plaintiff's Motion to Compel ("Memorandum"), which is being mailed today, under seal. Because the Memorandum includes information designated as confidential by MIT, Ms. Small is required to request that the Memorandum be impounded.

3. In accordance with the Order, the Memorandum should be impounded until further order of the Court.

2

WHEREFORE, Ms. Small moves that the Memorandum be impounded until further order of the Court.

                DENISE SMALL
                By her attorneys,


                /s/ Stephen S. Churchill
                Stephen S. Churchill (BBO#564158)
                Hale & Dorr Legal Services Center of
                Harvard Law School
                122 Boylston Street
                Jamaica Plain, MA  02130
                (617) 390-2500

Dated: February 8, 2006

2