UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

**PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 37(a), plaintiff Denise Small moves that the Court compel defendant Massachusetts Institute of Technology ("MIT") to produce further documents and further interrogatory answers. In support of this motion, Ms. Small states that the contested discovery is relevant to her case of race discrimination and retaliation, is reasonable in scope, and will be subject to the protections of an existing confidentiality order. Further grounds in support of this motion are set forth in the Memorandum In Support of Plaintiff's Motion to Compel, which is being filed under seal.

WHEREFORE, Ms. Small respectfully requests that the Court order MIT to produce, within 14 days, all documents responsive to Plaintiff's Document Requests Nos. 8, 9, 10, 16, and 17 and further answers to Plaintiff's Interrogatory No. 3.

                                                    DENISE SMALL
                                                    By her attorneys,

                                                    /s/ Stephen S. Churchill
                                                    Stephen S. Churchill (BBO#564158)
                                                    Hale & Dorr Legal Services Center of
                                                    Harvard Law School
                                                    122 Boylston Street
                                                    Jamaica Plain, MA  02130
                                                    (617) 390-2500

Dated: February 8, 2006

## CERTIFICATION PURSUANT TO LOCAL R. 7.1(A)(2) & 37.1(B)

I certify that I made reasonable and good faith efforts, as set forth in the accompanying memorandum, to reach agreement with opposing counsel on the matters set forth in this motion.

Signed under the penalties of perjury this 8th day of February, 2006.

                                                    /s/ Stephen S. Churchill
                                                    Stephen S. Churchill