UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br>        Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>        Defendant. | Docket No. 04-12210-NG |

## MOTION TO EXTEND TIME TO FILE FOR SUMMARY JUDGMENT

Defendant Massachusetts Institute of Technology ("MIT") respectfully submits this Motion to Extend Time to File for Summary Judgment in the above-captioned matter. MIT requests that the current deadline for MIT to file its motion for summary judgment be extended from March 15, 2006 to a date two weeks after the parties receive an order on Ms. Small's pending motion to compel. In support of this motion, MIT states as follows:

  (1)  Under the current case schedule, MIT's motion for summary judgment must be filed on or before March 15, 2006;

  (2)  On February 8, 2006, Ms. Small filed a motion to compel seeking additional documents and further answers to interrogatories, which MIT opposed;

  (3)  The Court's order on Ms. Small's motion to compel may impact the scope of the evidence for purposes of MIT's motion for summary judgment and/or for Plaintiff's opposition to the same;

  (4)  Accordingly, MIT respectfully requests that the deadline for MIT to file its motion for summary judgment be extended from March 15, 2006 to a date two weeks after the

parties receive the Court's order on Ms. Small's motion to compel, as set forth in the accompanying proposed order.

(5) Ms. Small's counsel has stated that Plaintiff does not intend to oppose this motion.

Respectfully submitted,
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
By its attorneys


/s/ Robert G. Young
Jeffrey Swope (BBO #490760)
Robert G. Young (BBO #650541)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

March 10, 2006

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred via email with Stephen Churchill, counsel for Plaintiff, regarding this motion and that he has stated that Plaintiff does not intend to oppose this motion.

/s/ Robert G. Young

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 10, 2006.

/s/ Robert G. Young

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br>      Plaintiff,<br><br> v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>      Defendant. | Docket No.  04-12210-NG |

## **[PROPOSED] ORDER**

Based on MIT's Motion to Extend Time to File for Summary Judgment, and no further hearing deemed necessary, the Court enters the following order:

 1. MIT shall file its motion for summary judgment no later than two weeks from the date the parties receive the Court's order on Ms. Small's motion to compel.  Ms. Small shall file her opposition to MIT's motion for summary judgment four weeks from the date MIT files its motion for summary judgment.

                     _____
                     The Honorable Nancy Gertner