UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>            Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>            Defendant. | Civil Action No.  04-12210-NG |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Massachusetts Institute of Technology ("MIT") hereby moves for summary judgment on all of the claims asserted by plaintiff Denise Small ("Plaintiff").  MIT terminated Plaintiff's employment for insubordination because she repeatedly refused to meet with one of her supervisors, and Plaintiff cannot show that this reason is a pretext for discrimination or retaliation.  Many of Plaintiff's remaining claims are time-barred.  Of the remaining claims that are not time-barred, and even with respect to the time-barred claims, Plaintiff fails to establish any cognizable adverse employment action and further fails to establish that a discriminatory or retaliatory animus motivated any of MIT's actions.  Consequently, there are no genuine issues of fact and MIT is entitled to judgment as a matter of law on all of Plaintiff's claims.

In support of this Motion, MIT relies upon the accompanying Memorandum and the Statement of Undisputed Material Facts.

### REQUEST FOR ORAL ARGUMENT

MIT respectfully requests that the Court schedule oral argument on this Motion for Summary Judgment.

        MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
        By its attorneys,

        /s/ Robert G. Young
        Jeffrey Swope (BBO #490760)
        Robert G. Young (BBO #650541)
        EDWARDS ANGELL PALMER & DODGE LLP
        111 Huntington Avenue at Prudential Center
        Boston, MA  02199-7613
        617.239.0100

Dated: June 27, 2006

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen Churchill, counsel for Plaintiff, regarding this motion.

        /s/ Robert Young

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 27, 2006.

        /s/ Robert Young