UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>                Plaintiff,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>                Defendant. | Civil Action No.  04-12210-NG |

**DEFENDANT'S MOTION TO IMPOUND**

Pursuant to Local Rule 7.2, defendant Massachusetts Institute of Technology ("MIT") moves that the Court impound the Appendix of Exhibits Accompanying Defendant's Statement of Undisputed Facts.  In support of this motion, MIT states as follows:

1.      On March 29, 2005, the Court issued a confidentiality order (the "Order") in this case.

2.      MIT is filing four documents: (a) Defendant's Motion for Summary Judgment; (b) Memorandum in Support of Defendant's Motion for Summary Judgment; (c) Defendant's Statement of Undisputed Facts; and (d) Appendix of Exhibits Accompanying Defendant's Statement of Undisputed Facts (the "Appendix").

3.      The first three documents listed above are being filed electronically.  However, because it contains information designated as confidential pursuant to the Order, MIT is filing the Appendix in hard copy, under seal.

4.      Pursuant to the Order, the Appendix should be impounded until further order of this Court.

WHEREFORE, MIT moves that the Appendix be impounded until further order of this

Court.

<div style="margin-left:50%">

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,
By its attorneys,

/s/ Robert Young
Jeffrey Swope (BBO #490760)
Robert G. Young (BBO #650541)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
617.239.0100

</div>

Dated: June 27, 2006

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen Churchill, counsel for Plaintiff, regarding this motion.

/s/ Robert Young

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 27, 2006.

/s/ Robert Young