UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>                      Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>                      Defendant. | Docket No.  04-12210-NG |

**JOINT MOTION TO EXTEND TIME TO PROVIDE DISCOVERY RESPONSES AND TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Denise Small and Defendant Massachusetts Institute of Technology ("MIT") (collectively, the "Parties") respectfully submit this Motion to Extend Time to Provide Discovery Responses and to File Opposition to Defendant's Motion for Summary Judgment in the above-captioned matter.  The Parties request that the current deadline for MIT to provide its responses to the discovery requests pursuant to Ms. Small's motion to compel be extended until July 14, 2006.  The Parties also request that the current deadline for Ms. Small to file her opposition to MIT's motion for summary judgment be extended until August 14, 2006.  In support of this motion, the Parties state as follows:

(1) On June 13, 2006, the Court issued an order granting Ms. Small's motion to compel, which motion requested the production of documents and further answers to interrogatories within 14 days of the Court's order;

(2) The Parties have agreed to extend the time for MIT to produce documents and provide further answers to interrogatories to July 14, 2006;

(3) Pursuant to the Court's Order of March 13, 2006, MIT filed its motion for summary judgment on June 27, 2006;

(4) Although the Parties' initial scheduling order provided that Ms. Small would file her opposition to MIT's motion for summary judgment within 30 days, Ms. Small should be granted an additional period of time to allow her to review MIT's further discovery responses and incorporate them into her opposition, if necessary;

(5) Accordingly, the Parties request that the deadline for Ms. Small to file her opposition to MIT's motion for summary judgment be extended to August 14, 2006 (the identical amount of time that Ms. Small has agreed to extend the time for MIT's further discovery responses).

|  |  |
|---|---|
| DENISE SMALL<br>By her attorney, | Respectfully submitted,<br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>By its attorneys, |
| /s/Stephen S. Churchill<br>Stephen S. Churchill (BBO #564158)<br>Hale & Dorr Legal Services of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>(617) 390-2500 | /s/ Robert G. Young<br>Jeffrey Swope (BBO #490760)<br>Robert G Young (BBO #650541)<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

June 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 28, 2006.

/s/ Robert G. Young

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>                      Plaintiff,<br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br>                      Defendant. | Docket No. 04-12210-NG |

## [PROPOSED] ORDER

Based on the Parties' Joint Motion to Extend Time to Provide Discovery Responses and to File Opposition to Defendant's Motion for Summary Judgment, and no further hearing deemed necessary, the Court enters the following order:

MIT shall serve its discovery responses pursuant to this Court's order on Ms. Small's motion to compel no later than July 14.

Ms. Small shall file her opposition to MIT's motion for summary judgment no later than August 14, 2006.

_____
The Honorable Nancy Gertner