UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

**PLAINTIFF'S MOTION TO IMPOUND**

Pursuant to Local Rule 7.2, plaintiff Denise Small moves that the Court impound: (1) Plaintiff's Opposition to Defendant's Motion for Summary Judgment, (2) Plaintiff's Statement of Facts, and (3) Plaintiff's Exhibits. In support of this motion, Small states as follows.

1.  On March 29, 2005, the Court issued a confidentiality order ("Order") in this action.

2.  Small is submitting the above filings under seal. Because these three filings each include information designated as confidential by MIT, Small is required to request that they be impounded.

3.  In accordance with the Order, the above-referenced filings should be impounded until further order of the Court.

2

WHEREFORE, Small moves that the above-referenced filings be impounded until further order of the Court.

                                                        DENISE SMALL
                                                        By her attorneys,


                                                        /s/ Stephen S. Churchill
                                                        Stephen S. Churchill (BBO#564158)
                                                        Hale & Dorr Legal Services Center of
                                                        Harvard Law School
                                                        122 Boylston Street
                                                        Jamaica Plain, MA  02130
                                                        (617) 390-2578
                                                        schurchi@law.harvard.edu

Dated: August 14, 2006