UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

## AFFIDAVIT OF STEPHEN S. CHURCHILL

I, Stephen S. Churchill, state as follows.

1. I am a clinical instructor and attorney at the Hale & Dorr Legal Services Center of Harvard Law School, which represents plaintiff Denise Small in this case.

2. Small is filing a binder entitled Plaintiff's Exhibits with her opposition to defendant Massachusetts Institute of Technology's ("MIT") summary judgment motion. The binder includes a list of exhibits.

3. Exhibits A through I are deposition transcripts, or excerpts of transcripts, from depositions taken in this case, either while it was pending at the Massachusetts Commission Against Discrimination ("MCAD") or in this Court.

4. Exhibits J through FFF are deposition exhibits, or excerpts of exhibits, from depositions taken in this case.

5. Exhibit GGG is a copy of Defendants Massachusetts Institute of Technology's Supplemental Answers to Plaintiff's First Set of Interrogatories.

6. Exhibit HHH is an excerpt from deposition exhibit 58, which Maria Judge identified as her notes.

7.  Exhibit III is a copy of one of MIT's affirmative action plans, which MIT produced on July 14, 2006 in response to this Court's order of June 13, 2006. A copy of MIT's response is attached as Exhibit A.

8.  Exhibit JJJ includes documents from the personnel file of Andre Rolle, which MIT produced on July 14, 2006 in response to this Court's order of June 13, 2006.

9.  Exhibit KKK includes documents from the personnel file of Stefan Hesselberg, which MIT produced on July 14, 2006 in response to this Court's order of June 13, 2006.

10. Exhibit LLL is a document regarding overtime that MIT produced on July 14, 2006 in response to this Court's order of June 13, 2006.

11. Exhibit MMM is the cover sheet of Small's charge of discrimination to the MCAD and the EEOC.

12. Exhibit NNN is Aileen Douglas' (aka Aileen Green) charge of discrimination to the MCAD and EEOC, which Small's counsel obtained from the MCAD.

13. Exhibit OOO is a chalk prepared by Small's counsel from the evidence listed at the bottom of the chalk. All of the underlying evidence is included in the exhibits binder.

14. In response to this Court's order of June 13, 2006, the only documents produced by MIT in response to Request No. 8 (regarding affirmative action policies) were excerpts from MIT's Affirmative Action Plans for 1999-2000, 2000-2001, 2001-2002, and 2002-2003. None of those documents describe any initiatives undertaken specifically by HST. In response to this request, MIT did not produce any documents developed by HST.

Signed under the penalties of perjury this 14th day of August, 2006.

/s/ Stephen S. Churchill
Stephen S. Churchill