UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　　Defendant. | Civil Action No.  04-12210-NG |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local R. Civ. P. 7.1(B)(3), defendant Massachusetts Institute of Technology ("MIT") hereby moves for leave to file the accompanying short reply memorandum in response to Plaintiff's Opposition to MIT's Motion for Summary Judgment.  A reply is warranted because Plaintiff's Opposition makes factual and legal assertions that are incorrect.  MIT believes that its brief response will assist the Court in deciding the underlying motion.

　　　　　　　　　　　　　　　　　　　MASSACHUSETTS INSTITUTE OF
　　　　　　　　　　　　　　　　　　　TECHNOLOGY,
　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Robert G. Young
　　　　　　　　　　　　　　　　　　　Jeffrey Swope (BBO #490760)
　　　　　　　　　　　　　　　　　　　Robert G. Young (BBO #650541)
　　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　　111 Huntington Avenue at Prudential Center
　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　　617.239.0100

Dated: September 20, 2006

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen Churchill, counsel for Plaintiff, regarding this motion.

/s/ Robert Young_____

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2006.

/s/ Robert Young_____

2