UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL,           ) | |
|      Plaintiff          ) | |
|                         ) | |
| v.                      ) | |
|                         ) | |
| MASSACHUSETTS INSTITUTE ) | |
| OF TECHNOLOGY,          ) | |
|      Defendant          ) | |

**JOINT MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL**

Plaintiff Denise Small and defendant Massachusetts Institute of Technology ("MIT") joint move to continue the trial and the deadline for filing a pretrial memorandum. As grounds for this motion, the parties state as follows.

1. At the initial scheduling conference on March 28, 2005, the Court adopted the proposed schedule in the Joint Statement. The Joint Statement proposed that all discovery be completed by November 30, 2005; that MIT file its summary judgment motion on or before January 15, 2006; and that Ms. Small file her opposition on or before February 15, 2006.

2. The Joint Statement further proposed that any expert disclosure by Ms. Small be made within 60 days of the Court's ruling on MIT's summary judgment motion and that MIT's expert disclosure be made within 60 days after Ms. Small's disclosure.

3. On September 22, 2005, the parties filed a joint motion to extend the discovery deadline to January 31, 2006. On September 28, 2005, the Court allowed the motion.

4. At a status conference on February 1, 2006, the Court ordered that summary judgment motions be filed on March 15, 2006; that a pretrial conference be scheduled for September 27, 2006; and that trial be scheduled for October 10, 2006.

5. On February 8, 2006, Small filed a motion to compel the production of further documents and further answers to interrogatories.

6. On March 10, 2006, MIT filed a motion to continue the deadline for its summary judgment motion until two weeks after the Court ruled on Small's motion to compel. On March 13, 2006, the Court allowed MIT's motion.

7. On June 13, 2006, the Court allowed Small's motion to compel.

8. On June 27, 2006, MIT filed its motion for summary judgment.

9. On June 28, 2006, the parties filed a joint motion to extend MIT's deadline for providing further discovery and to extend, by a corresponding amount of time (i.e., until August 14, 2006), Small's deadline for filing a summary judgment opposition. On July 5, 2006, the Court allowed the motion.

10. On August 14, 2006, Small filed her summary judgment opposition.

11. The Court has not yet ruled on MIT's motion for summary judgment.

12. On September 19, 2006, the Court issued an order requiring the parties to file a pretrial memorandum on September 27, 2006 and to appear for a pretrial conference on September 28, 2006.

13. Based on the Court's adoption of the Joint Statement, it was the expectation of both parties that if the Court denied MIT's motion, Small would have 60 days to make any expert disclosures, and MIT would have 60 days thereafter to make any expert disclosures.

14. If MIT's motion is denied, Small intends to consult with potential experts, including an economist, a forensic psychiatrist, and a psychologist. The purpose of delaying expert consultation and disclosure until after summary judgment was to avoid unnecessary expense for both parties.

15. Requiring the parties to file a pretrial memorandum on September 27, 2006, and to appear for trial on October 10, 2006, will deprive the parties of their expected ability to consult with experts following a summary judgment ruling.

16. The parties are otherwise prepared to appear as scheduled on September 28, 2006.

WHEREFORE, the parties joint move (a) that the trial be continued until a date at least 120 days after the Court rules on MIT's summary judgment motion, and (b) that the deadline for filing a pretrial memorandum be continued for a corresponding period to permit the parties to consult with and identify expert witnesses.

| | |
|---|---|
| DENISE SMALL<br>By her attorneys, | MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>By its attorneys, |
| /s/ Stephen S. Churchill<br>Stephen S. Churchill (BBO# 564158)<br>Hale & Dorr Legal Services Center of<br>Harvard Law School<br>122 Boylston Street<br>Jamaica Plain, MA  02130<br>(617) 390-2578 | /s/ Robert G. Young<br>Jeffrey Swope (BBO# 490760)<br>Robert G. Young (BBO# 650541)<br>Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>(617) 239-0100 |

Dated: September 22, 2006