UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) |
|     Defendant | ) |

**MOTION TO CONTINUE**
**STATUS CONFERENCE AND ORAL ARGUMENT**

Defendant Massachusetts Institute of Technology ("MIT") moves to continue the status conference and oral argument currently scheduled for Thursday, September 28, 2006. As grounds for this motion, MIT states as follows.

1. On September 25, the Court issued an order scheduling a status conference in the above-captioned matter for September 28, 2006. The Court was to hear oral argument on MIT's motion for summary judgment at this status conference.

2. Due to a family emergency, counsel for MIT will not be available to attend the conference on Thursday, September 28.

3. MIT therefore requests that the Court reschedule the conference for the next available date.

4. Counsel for MIT has conferred with counsel for Plaintiff Denise Small concerning this motion. Plaintiff's counsel has represented that Plaintiff does not plan to file an opposition to this motion.

WHEREFORE, MIT moves that the status conference and oral argument currently scheduled for Thursday, September 28 be continued to the next available date.

|  |  |
|---|---|
|  | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, <br> By its attorneys, <br><br> /s/ Robert G. Young <br> Jeffrey Swope (BBO #490760) <br> Robert G. Young (BBO #650541) <br> EDWARDS ANGELL PALMER & DODGE LLP <br> 111 Huntington Avenue at Prudential Center <br> Boston, MA  02199-7613 |
| Dated: September 26, 2006 | 617.239.0100 |

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen Churchill, counsel for Plaintiff, regarding this motion.

/s/ Robert Young_____

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 26, 2006.

/s/ Robert Young_____