UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-12210 NG

| | |
|---|---|
| DENISE SMALL, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASSACHUSETTS INSTITUTE | ) |
| OF TECHNOLOGY, | ) |
|     Defendant | ) |

**UNOPPOSED MOTION TO EXTEND**
**EXPERT DISCLOSURE DEADLINES BY 30 DAYS**

Plaintiff Denise Small moves to extend the expert disclosure deadlines by 30 days. Under the original scheduling order, Ms. Small's expert disclosures were due 60 days after the Court's ruling on summary judgment (resulting in a current deadline of May 29, 2007), and defendant Massachusetts Institute of Technology's ("MIT") disclosures were due 60 days thereafter. Ms. Small has identified a potential damages expert, but he is unable to prepare a report until June. MIT has indicated to Ms. Small's counsel that it does not oppose this motion.

WHEREFORE, Ms. Small moves that her expert disclosure deadline be extended to June 28, 2007 and MIT's deadline be extended to August 27, 2007.

                                                  DENISE SMALL
                                                  By her attorneys,

                                                  /s/ Stephen S. Churchill
                                                  Stephen S. Churchill (BBO# 564158)
                                                  Hale & Dorr Legal Services Center of
                                                  Harvard Law School
                                                  122 Boylston Street
                                                  Jamaica Plain, MA  02130
                                                  (617) 390-2578

Dated: May 11, 2007