UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Defendant. | Civil Action No.  04-12210-NG |

## UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE BY 30 DAYS

　　　　Defendant Massachusetts Institute of Technology ("MIT") moves to extend the expert disclosure deadline by 30 days.  Under the original scheduling order, MIT's expert disclosures were due 60 days after Plaintiff's expert disclosures were received.  After this Court granted Plaintiff's unopposed motion for an extension of time to serve her expert disclosures, MIT received the expert disclosures on June 28, 2007 (resulting in a current deadline of August 27, 2007).  MIT has identified a potential expert, but will not be able to serve an expert report by the current August 27, 2007 deadline.  MIT has conferred with Plaintiff's counsel concerning this motion, and Plaintiff's counsel does not oppose the motion.

　　　　WHEREFORE, MIT moves that its expert disclosure deadline be extended to September 26, 2007.

　　　　　　　　　　　　　　　　　　　　MASSACHUSETTS INSTITUTE OF
　　　　　　　　　　　　　　　　　　　　TECHNOLOGY,
　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Robert G. Young
　　　　　　　　　　　　　　　　　　　　Jeffrey Swope (BBO #490760)
　　　　　　　　　　　　　　　　　　　　Robert G. Young (BBO #650541)
　　　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue at Prudential Center
　　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
Dated: August 24, 2007　　　　　　　　　　617.239.0100

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen Churchill, counsel for Plaintiff, regarding this motion.

/s/ Robert Young_____

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 24, 2007.

/s/ Robert Young_____