UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE SMALL,<br><br>       Plaintiff,<br><br> v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>       Defendant. | Docket No. 04-12210-NG |

## NOTICE OF APPEARANCE

Please take notice that Windy R. Catino of Edwards Angell Palmer & Dodge LLP will appear as an attorney of record in this matter on behalf of the Defendant. Attorneys Jeffrey Swope and Robert G. Young of Edwards Angell Palmer & Dodge LLP will continue to represent the Defendant as well.

                  Respectfully submitted,

                  /s/ Windy R. Catino
                  Windy R. Catino (BBO # 636962)
                  EDWARDS ANGELL PALMER & DODGE LLP
                  111 Huntington Avenue
                  Boston, MA 02199
                  (617) 239-0100

May 13, 2008

## CERTIFICATE OF SERVICE

I, Windy R. Catino, hereby certify that on May 13, 2008 I served the attached document upon all counsel of record by filing the same electronically through the ECF filing system, or by mailing the same via first class mail to any counsel of record not registered with ECF.

                  /s/ Windy R. Catino

BOS 623504.1