UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENISE SMALL,

        Plaintiff,

    v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

        Defendant.

Civil Action No.  04-12210-NG

## ASSENTED-TO MOTION TO RESCHEDULE MEDIATION

Defendant Massachusetts Institute of Technology ("MIT") moves, with the assent of the Plaintiff, to reschedule the mediation in this matter from August 14 to September 19.  In support of this motion, MIT states that, due to an unanticipated medical leave of absence of its lead counsel, Ms. Catino, and the trial schedule of its other counsel, Mr. Young, MIT is not available for a mediation in this matter in August or early September.  Counsel for MIT has conferred with Plaintiff's counsel and has confirmed that all parties are available to conduct the mediation on September 19, 2008.  Plaintiff, by her counsel, assents to this motion

WHEREFORE, MIT respectfully requests that the mediation in this matter be rescheduled from August 14 to September 19.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,
By its attorneys,

/s/ Robert G. Young
Windy Rosebush Catino ((BBO #636962)
Robert G. Young (BBO #650541)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
617.239.0100

Assented-to
DENISE SMALL
By her attorney,

/s/Stephen S. Churchill
Stephen S. Churchill (BBO #564158)
WilmerHale Legal Services of
Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 390-2500

Dated: August 6, 2008

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with Stephen
Churchill, counsel for Plaintiff, regarding this motion.

/s/ Robert Young

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF) on August 6 2008.

/s/ Robert Young